

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 2 8 2026



By: Kevin P. Weimer, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Indictment |
| TIFFANY THOMAS, A/K/A "TIP" | No.   1 26-CR-044 |

THE GRAND JURY CHARGES THAT:

## Background

### The Small Business Administration

1. The United States Small Business Administration ("SBA") is an executive branch agency of the United States government that provides support to entrepreneurs and small businesses. The mission of the SBA is to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting in the economic recovery of communities after disasters. As part of this effort, the SBA enables and provides for loans through banks, credit unions, and other lenders. These loans have government backed guarantees.

### The Paycheck Protection Program

2. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in or around March 2020 that was designed to provide emergency financial assistance to the millions of Americans who were suffering the economic effects caused by the COVID-19 pandemic.

3. One source of relief provided by the CARES Act was the authorization of forgivable loans to small businesses for job retention and certain other expenses

through a program referred to as the Paycheck Protection Program ("PPP"). To qualify for the PPP, a small business must have been in operation on or before February 15, 2020, and realized monthly payroll costs.

4.  To obtain a PPP loan, a qualifying business must submit a PPP loan application, which must be signed by an authorized representative of the business. The PPP loan application requires the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications to be eligible to obtain the PPP loan. In the PPP loan application, a small business (through its authorized representative) must state, among other things, its average monthly payroll expenses. This figure is used to calculate the amount of money the small business is eligible to receive under the PPP. In addition, businesses applying for a PPP loan must provide documentation of their payroll expenses.

5.  A PPP loan application must be processed by a participating lender. If a PPP loan application is approved, the participating lender funds the PPP loan using its own monies, which are guaranteed by the SBA.

6.  PPP loan proceeds must be used by the business on certain permissible expenses, such as payroll costs, interest on mortgages, rent, and utilities. The PPP allows the interest and principal on the PPP loan to be entirely forgiven if the business spends the loan proceeds on permissible expense items within a designated period after receiving the proceeds and uses a certain amount of the PPP loan proceeds on payroll expenses.

2

*Relevant Financial Institutions*

7. Harvest Small Business Finance LLC ("Harvest Small Business") is a Small Business Lending Company based in Laguna Hills, California. Harvest Small Business is an approved SBA non-bank lender of PPP loans that works with correspondent banks to fund PPP loans.

8. East West Bank is a financial institution based in Pasadena, California. East West Bank is an approved SBA lender of PPP loans.

9. Bank of America is a financial institution based in Charlotte, North Carolina.

## Counts One Through Six
### Wire Fraud
### (18 U.S.C. § 1343)

10. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in Paragraphs 1 through 9 as if fully set forth herein.

11. From on or about April 14, 2021, and continuing until at least on or about September 6, 2021, in the Northern District of Georgia and elsewhere, the defendant, TIFFANY THOMAS, A/K/A "TIP", knowingly devised and intended to devise a scheme and artifice to defraud Harvest Small Business, East West Bank, Bank of America, and the SBA, and to obtain money and property from those same entities, by means of materially false and fraudulent pretenses, representations, and promises, and by omissions of material facts, and for the purpose of executing the scheme and artifice to defraud, with the intent to

3

defraud, caused to be transmitted by means of wire communications in interstate commerce certain writings, signs, signals, pictures, and sounds.

### Scheme to Defraud

12. Defendant THOMAS submitted and caused to be submitted false and fraudulent PPP loan applications to Harvest Small Business for an alleged business named "Tiffany's Florist," for the purpose of fraudulently obtaining PPP funds. In the PPP loan applications, defendant THOMAS sought two loans of approximately $20,833.00 each, for a total loan amount of $41,666.00.

13. In the PPP loan applications, defendant THOMAS falsely certified that any PPP funds loaned to the "Tiffany's Florist" business would be used for permissible business expenses, such as payroll costs, and to make mortgage interest payments, lease payments, and utility payments. In fact, as defendant THOMAS well knew when she submitted the PPP loan application, she intended to spend (and did spend) the PPP funds on impermissible expenses.

14. To create the appearance that the "Tiffany's Florist" business was a sole proprietorship owned and operated by the defendant, was founded in 2016, and was earning revenues of approximately $245,000.00 per year, defendant THOMAS submitted and caused to be submitted to Harvest Small Business false and fraudulent documents concerning the business. For example, defendant THOMAS submitted and caused to be submitted a false and fraudulent 2019 IRS Form 1040 Schedule C ("Profit or Loss from Business") for the business that claimed that, for the year 2019, the company's gross sales were $245,600.00 and the company's expenses were $66,465.00.

15. On or about April 23, 2021, based on defendant THOMAS' false and fraudulent misrepresentations, Harvest Small Business approved and funded a PPP loan (SBA Loan #1) for the "Tiffany's Florist" business in the amount of $20,832.00. Harvest Small Business processed the loan through its correspondent bank, East West Bank. The funds were electronically transferred from an East West Bank account ending in 0381 to defendant THOMAS' Bank of America account ending in 0893.

16. On or about May 26, 2021, based on defendant THOMAS' false and fraudulent misrepresentations, Harvest Small Business approved and funded a second PPP loan (SBA Loan #2) for the "Tiffany's Florist" business in the amount of $20,832.00. Harvest Small Business processed the loan through its correspondent bank, East West Bank. The funds were electronically transferred from an East West Bank account ending in 0381 to defendant THOMAS' Bank of America account ending in 0893.

17. After the PPP funds from both loans were deposited into defendant THOMAS' Bank of America account ending in 0893, defendant THOMAS used the funds for impermissible purposes, including: transferring funds through mobile payment applications, shopping at various retail businesses, and paying for several hundred-dollar meals at restaurants.

18. On or about September 6, 2021, defendant THOMAS submitted and caused to be submitted applications for loan forgiveness for the two PPP loans. In the loan forgiveness applications, defendant THOMAS sought forgiveness for each

5

loan of $20,833.00, totaling $41,666.00, and falsely and fraudulently represented that she had complied with the rules of the PPP.

19. On or about September 9, 2021, the SBA, relying on the false and fraudulent representations made by defendant THOMAS, forgave the entire loan amount for both loans, $41,666.00.

### Execution of the Scheme

20. On or about the dates set forth in the table below, in the Northern District of Georgia and elsewhere, the defendant, TIFFANY THOMAS, A/K/A "TIP", did, with the intent to defraud, for the purpose of executing the above-described scheme, cause to be transmitted by means of wire communications in interstate commerce the writings, signs, signals, pictures, and sounds described below:

| SBA Loan #1 | | |
|---|---|---|
| Count | Date | Description of Wire Communication |
| 1 | 4/14/2021 | PPP loan application submitted via the internet to Harvest Small Business containing false and fraudulent information related to the "Tiffany's Florist" business and the purpose of the applied-for PPP loan |
| 2 | 4/23/2021 | Wire transfer of $20,833.00 from East West Bank account ending in 0381 to the Bank of America account ending in 0893 held by defendant THOMAS |
| 3 | 9/6/2021 | PPP loan forgiveness application submitted via the internet to Harvest Small Business containing false and fraudulent information related to the "Tiffany's Florist" business |

| SBA Loan #2 | | |
|---|---|---|
| Count | Date | Description of Wire Communication |
| 4 | 5/23/2021 | PPP loan application submitted via the internet to Harvest Small Business containing false and fraudulent information related to the "Tiffany's Florist" business and the purpose of the applied-for PPP loan |
| 5 | 5/26/2021 | Wire transfer of $20,833.00 from East West Bank account ending in 0381 to the Bank of America account ending in 0893 held by defendant THOMAS |
| 6 | 9/6/2021 | PPP loan forgiveness application submitted via the internet to Harvest Small Business containing false and fraudulent information related to the "Tiffany's Florist" business |

All in violation of Title 18, United States Code, Section 1343.

**Counts Seven through Ten**

False Statements to Firearms Dealer

(18 U.S.C. § 922(a)(6))

21. On or about the dates set forth in the table below, in the Northern District of Georgia, the defendant, TIFFANY THOMAS, A/K/A "TIP", aided and abetted by others known and unknown, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the acquisition of the corresponding firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of the sale and disposition of said firearm(s) under Chapter 44, Title 18, United States Code; that is:

7

| Count | Date | Federally Licensed Firearms Dealer | Firearm(s) |
|---|---|---|---|
| 7 | 11/9/2023 | Adventure Outdoor | • FN M249S 5.56 caliber rifle |
| 8 | 1/19/2024 | Dixie Ammo Dump | • IWI Galil ACE 7.62 caliber rifle |
| 9 | 2/3/2024 | The Vault | • Diamondback DB1059C071 .308 NATO rifle<br>• Glock 17 9mm pistol<br>• Glock 17 9mm pistol<br>• Beretta J92FSR921 9mm pistol |
| 10 | 3/1/2024 | Dixie Ammo Dump | • FN M249S 5.56 caliber rifle |

in that defendant THOMAS, falsely represented that she was the actual buyer of said firearm(s) when, as she then knew, she was not the true purchaser of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## Forfeiture

22. Upon conviction of one or more of the offenses alleged in Counts One through Six of this Indictment, the defendant, TIFFANY THOMAS, A/K/A "TIP", shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Six of this Indictment.

8

23. Upon conviction of one or more of the offenses alleged in Counts Seven through Ten of this Indictment, the defendant, TIFFANY THOMAS, A/K/A "TIP", shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offenses. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A _____*True*_____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

/s/ *Calvin A. Leipold III*
CALVIN A. LEIPOLD III
 *Assistant United States Attorney*
Georgia Bar No. 442379

/s/ *Bethany L. Rupert*
BETHANY L. RUPERT
 *Assistant United States Attorney*
Georgia Bar No. 971630

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000

10